| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:19-CR-125
§
DEANTONIO LIONEL RIGGS §

**ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to proceed. Judge Giblin concluded that the defendant is competent under 18 U.S.C. § 4241.

The parties filed notices (#19, #21) indicating they have no objections to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to proceed (#18) is ADOPTED. The Court further ORDERS and FINDS that defendant, Deantonio Lionel Riggs, is competent pursuant to Title 18, United States Code, Section 4241. The Court finally ORDERS that Speedy Trial time is **EXCLUDED** from August 28, 2019, the date of Judge Giblin's order directing a mental examination (#11), through the date of this order.

SIGNED at Beaumont, Texas, this 25th day of February, 2021.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE